DENNIS NUGENT, Appellant, *v.* THE ATLAS STEAMSHIP COMPANY, Respondent.

Reported below, 61 Hun, 626.
(Argued October 10, 1895; decided October 29, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 7, 1891, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court.

*Charles Francis Bates* and *John Chetwood* for appellant.

*Everett P. Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.

FINCH, GRAY, O'BRIEN and HAIGHT, JJ., concur; ANDREWS, Ch. J., PECKHAM and BARTLETT, JJ., dissent.